**Willis R. DEARING, Executor for the Estate of R. H. Dearing, Deceased, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.**

No. 8882.

Circuit Court of Appeals, Fifth Circuit.

March 3, 1939.

Walter M. Van Nort, of Dallas, Tex., for petitioners.

A. F. Prescott and Sewall Key, Sp. Assts. to Atty. Gen., Jas. W. Morris, Asst. Atty. Gen., and J. P. Wenchel, Chief Counsel, Bureau of Internal Revenue, and Ralph E. Smith, Sp. Atty., Bureau of Internal Revenue, both of Washington, D. C., for respondent.

Before FOSTER, SIBLEY, and McCORD, Circuit Judges.

SIBLEY, Circuit Judge.

On the authority of the decision in Willis R. Dearing v. Commissioner of Internal Revenue, 5 Cir., 102 F.2d 91, this day decided, the judgment of the Board of Tax Appeals in this case is affirmed.

**Mrs. R. H. DEARING, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.**

No. 8883.

Circuit Court of Appeals, Fifth Circuit.

March 3, 1939.

Walter M. Van Nort, of Dallas, Tex., for petitioners.

A. F. Prescott and Sewall Key, Sp. Assts. to Atty. Gen., Jas. W. Morris, Asst. Atty. Gen., and J. P. Wenchel, Chief Counsel, Bureau of Internal Revenue, and Ralph E. Smith, Sp. Atty., Bureau of Internal Revenue, both of Washington, D. C., for respondent.

Before FOSTER, SIBLEY, and McCORD, Circuit Judges.

SIBLEY, Circuit Judge.

On the authority of the decision in Willis R. Dearing v. Commissioner of Internal Revenue, 5 Cir., 102 F.2d 91, this day decided, the judgment of the Board of Tax Appeals in this case is affirmed.

**Mrs. Willis R. DEARING, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.**

No. 8884.

Circuit Court of Appeals, Fifth Circuit.

March 3, 1939.

Walter M. Van Nort, of Dallas, Tex., for petitioners.

A. F. Prescott and Sewall Key, Sp. Assts. to Atty. Gen., Jas. W. Morris, Asst. Atty. Gen., and J. P. Wenchel, Chief Counsel, Bureau of Internal Revenue, and Ralph E. Smith, Sp. Atty., Bureau of Internal Revenue, both of Washington, D. C., for respondent.

Before FOSTER, SIBLEY, and McCORD, Circuit Judges.

SIBLEY, Circuit Judge.

On the authority of the decision in Willis R. Dearing v. Commissioner of Internal Revenue, 5 Cir., 102 F.2d 91, this day decided, the judgment of the Board of Tax Appeals in this case is affirmed.

**Walter E. DE COURCY, v. UNITED STATES of America.**

No. 8941.

Circuit Court of Appeals, Ninth Circuit.

March 20, 1939.

Ames Peterson, of Los Angeles, Cal., for appellant.

Ben Harrison, U. S. Atty., and William F. Hall, Asst. U. S. Atty., both of Los Angeles, Cal.